# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RICHARD HAZEN and HUONG L. TRAN,

Appellant,

v.

THE CITY OF HOLMES BEACH,

Appellee.

No. 2D23-361

_____

April 3, 2024

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

David M. Levin of Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Sarasota, for Appellant.

Randy D. Mora of Trask Daigneault, LLP, Clearwater, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.